# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

142730

MICHAEL AWADA,
      Plaintiff-Appellant,

v

CITY OF MELVINDALE,
      Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142730
COA: 293564
Wayne CC: 08-111472-CZ

_____/

      On order of the Court, the application for leave to appeal the December 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

Clerk

t0123